# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BENJAMIN J. WHERRY, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> JEFFREY GRONDOLSKY, WARDEN of ) <br> FMC DEVENS, ) <br> ) <br> Respondent. ) | Civil Action No. <br> 10-40159-FDS |

## ORDER ON CERTIFICATE OF APPEALABILITY

**SAYLOR, J.**

On October 28, 2010, this Court issued an order dismissing the petition for a writ of habeas corpus.

To appeal the final order in a proceeding instituted under 28 U.S.C. § 2255, the petitioner must first obtain a Certificate of Appealability ("COA") from a circuit justice or a district court. *See* 28 U.S.C. § 2253(c). A COA will issue only if the petitioner "has made a substantial showing of the denial of a constitutional right." § 2253(c)(2). This standard is satisfied by "demonstrating that jurists of reason could disagree with the district court's resolution of [petitioner's] constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further." *Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003) (citing *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)).

No such showing has been made here. Accordingly, the Court declines to issue a certificate of appealability of its order of October 28, 2010.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated: February 11, 2011